ARMISTEAD *v.* WHELCHEL, administrator.

HILL, J. There being no error of law complained of, and there being sufficient evidence to sustain the verdict, the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

APRIL 15, 1915.

Complaint. Before Judge Brand. Jackson superior court. July 6, 1914.

*E. C. Armistead,* for plaintiff in error.

*T. J. Shackelford,* contra.